PATRICK W. SHEA
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022
patshea@paulhastings.com
(212) 318-6000 (telephone)
(212) 319-4090 (facsimile)

ERIKA L. LEONARD (*pro hac vice pending*)
PAUL HASTINGS LLP
1170 Peachtree St., NE, Suite 100
Atlanta, GA 30309
erikaleonard@paulhastings.com
(404) 815-2400 (telephone)
(404) 815-2424 (facsimile)

*Attorneys for Defendant*
AT & T Mobility Services LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA LO CURTO, *on behalf of herself and all others similarly situated*, <br><br> Plaintiffs, <br><br> -against- <br><br> AT & T MOBILITY SERVICES LLC, <br><br> Defendant. | 13 Civ. 04303 (AT)(KNF) <br><br> **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

   Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, AT & T Mobility

Services LLC, by and through undersigned counsel, hereby states that it is a limited liability

company and has no parent company.  Its members are all privately held companies that are

either wholly owned subsidiaries of AT & T Inc., which is publicly traded, or are also limited

liability companies whose members are wholly owned subsidiaries of AT & T Inc.  No other

publicly held corporation has a 10% or more ownership interest in AT & T Mobility Services

LLC.

Dated: August 12, 2013                    Respectfully submitted,
       New York, New York


                                          By:        /s/ Patrick W. Shea
                                                Patrick W. Shea

                                          PAUL HASTINGS LLP
                                          75 East 55th Street
                                          New York, New York 10022
                                          Telephone: (212) 318-6000
                                          Facsmile: (212) 319-7090
                                          patrickshea@paulhastings.com

                                          Erika L. Leonard
                                          PAUL HASTINGS LLP
                                          1170 Peachtree St., NE, Suite 100
                                          Atlanta, GA 30309
                                          erikaleonard@paulhastings.com
                                          Telephone: (404) 815-2400
                                          Facsimile: (404) 815-2424

                                          *Attorneys for Defendant*
                                          AT & T MOBILITY SERVICES LLC