UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LISA LOCURTO, *on behalf of herself and all others similarly situated*,

                Plaintiff,

           -against-

AT&T MOBILITY SERVICES LLC,

                Defendant.

No. 13 Civ. 04303 (AT)(GWG)

**ORAL ARGUMENT REQUESTED**

---

## DEFENDANT'S NOTICE OF MOTION FOR CERTIFICATION OF AN INTERLOCUTORY APPEAL

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated October 11, 2018, the undersigned counsel for the Defendant AT&T Mobility Services LLC moves this Court to certify for interlocutory appeal to the Second Circuit Court of Appeals, pursuant to 28 U.S.C. § 1292(b), the holding of this Court's September 26, 2018 Order, as described in the accompanying Memorandum of Law.

Dated:   October 11, 2018
            New York, New York

Respectfully submitted,

By:   /s/ Patrick W. Shea
        Patrick W. Shea

PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
(212) 318-6000
patrickshea@paulhastings.com

*Attorneys for Defendant*
AT&T Mobility Services LLC

1

## CERTIFICATE OF SERVICE

    I hereby certify that on October 11, 2018, a copy of the foregoing Defendant's Notice of Motion for Certification of an Interlocutory Appeal, dated October 11, 2018, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Patrick W. Shea
Patrick W. Shea