UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA LOCURTO, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

AT&T MOBILITY SERVICES LLC,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2018
```

13 Civ. 4303 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 11, 2018, Defendant filed a motion for certification of an interlocutory appeal. ECF No. 324. Accordingly, it is hereby ORDERED that:

1. By **November 6, 2018**, Plaintiff shall file her opposition to Defendant's motion;
2. By **November 13, 2018**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: October 16, 2018
      New York, New York

                                      ANALISA TORRES
                                    United States District Judge